IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARIA PETER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUSAN WOJCICKI, et al.,<br><br>    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:22-cv-00006-JNP-CMR<br><br>Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that the plaintiffs' action is dismissed with prejudice.

**DATED** April 11, 2022.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge